UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| RICHARD J EGLER and | § | |
| CYNTHIA A EGLER | § | Case Number: 16-81433 |
| | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __December 26__, 2016, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Laurence Wilbrandt
65 South Virginia Street
Crystal Lake, IL 60014

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)

| | | |
|---|---|---|
| Richard Egler<br>24 Sunset Drive<br>Cary, IL 60013-2239 | Cynthia Egler<br>24 Sunset Drive<br>Cary, IL 60013-2239 | Alliance One Receivables Mgmnt, Inc<br>4850 Street Rd., Suite 300<br>Feasterville Trevose, PA 19053-6643 |
| American Express (Costco)<br>c/o Zwicker & Associates, PC<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| CitiMortgage Inc<br>4600 Houston Road<br>Bldg 1 Fl 3<br>Florence, KY 41042-4820 | Citibank Client Services<br>100 Citibank Dr.<br>San Antonio, TX 78245-3202 | Citibank, N.A.<br>c/o Northland Group, Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 |
| Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Comenity Bank<br>Woman Within<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154-8000 |
| Forum Extended Care Services<br>4201 W. Victoria St.<br>Chicago, IL 60646-6700 | Kohl's<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | Marathon<br>Comenity Bank<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Shell<br>P.O. Box 6406<br>Sioux Falls, SD 57117-6406 |