# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: EGLER, RICHARD J § Case No. 16-81433
      EGLER, CYNTHIA A § 
     §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $178,802.53           Assets Exempt: $50,770.53
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,584.85     Claims Discharged
                                        Without Payment: $26,217.55

Total Expenses of Administration: $1,984.23

    3) Total gross receipts of $ 11,569.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,569.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,984.23 | 1,984.23 | 1,984.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 35,802.40 | 35,802.40 | 9,584.85 |
| **TOTAL DISBURSEMENTS** | $0.00 | $37,786.63 | $37,786.63 | $11,569.08 |

4) This case was originally filed under Chapter 7 on June 14, 2016. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2017          By: /s/JOSEPH D. OLSEN
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Money Market: Cary Bank & Trust | 1129-000 | 11,569.08 |
| **TOTAL GROSS RECEIPTS** | | **$11,569.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 1,906.91 | 1,906.91 | 1,906.91 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 34.75 | 34.75 | 34.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.57 | 16.57 | 16.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.00 | 16.00 | 16.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $1,984.23 | $1,984.23 | $1,984.23 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 538.25 | 538.25 | 144.10 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 6,705.68 | 6,705.68 | 1,795.21 |
| 3 | Capital One NA | 7100-000 | N/A | 1,131.30 | 1,131.30 | 302.87 |
| 4 | American Express Bank FSB | 7100-000 | N/A | 15,469.44 | 15,469.44 | 4,141.40 |
| 5 | Citibank, N.A. | 7100-000 | N/A | 10,728.53 | 10,728.53 | 2,872.19 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,229.20 | 1,229.20 | 329.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $35,802.40 | $35,802.40 | $9,584.85 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81433  
**Case Name:** EGLER, RICHARD J  
EGLER, CYNTHIA A  
**Period Ending:** 03/14/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/14/16 (f)  
**§341(a) Meeting Date:** 07/21/16  
**Claims Bar Date:** 11/02/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 24 Sunset Dr., Cary, IL 60013-0000, McHenry Coun | 154,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Cary Bank & Trust | 845.00 | 0.00 | | 0.00 | FA |
| 4 | Savings: Cary Bank & Trust | 599.00 | 0.00 | | 0.00 | FA |
| 5 | Money Market: Cary Bank & Trust | 15,250.00 | 11,569.08 | | 11,569.08 | FA |
| 6 | Checking: Citibank | 297.00 | 0.00 | | 0.00 | FA |
| 7 | Savings: Citibank | 457.00 | 0.00 | | 0.00 | FA |
| 8 | living room set, Dining Room Set, 1 bedroom set, | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Computer, TV, Cell Phone | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing and personal effects | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding bands | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Universal Life: Cynthia Egler | 7,970.53 | 0.00 | | 0.00 | FA |
| 13 | Reliance Standard Life Insurance Company (Term l | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2012 Ford Escape. Entire property value: $12,514 | 12,514.00 | 0.00 | | 0.00 | FA |
| 15 | 2 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 15 Assets | **Totals** (Excluding unknown values) | **$194,052.53** | **$11,569.08** | | **$11,569.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**        **Current Projected Date Of Final Report (TFR):**    December 21, 2016  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-81433  
**Case Name:** EGLER, RICHARD J  
EGLER, CYNTHIA A  
**Taxpayer ID #:** **-***5274  
**Period Ending:** 03/14/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/15/16 | {5} | Lawyers Trust Fund of Illinois | pymt from Debtors regarding Cary Bank & Trust | 1129-000 | 11,569.08 | | 11,569.08 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,559.08 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.57 | 11,542.51 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.00 | 11,526.51 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.63 | 11,508.88 |
| 12/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -17.63 | 11,526.51 |
| 01/23/17 | 101 | JOSEPH D. OLSEN | | 2100-000 | | 1,906.91 | 9,619.60 |
| 01/23/17 | 102 | JOSEPH D. OLSEN | | 2200-000 | | 34.75 | 9,584.85 |
| 01/23/17 | 103 | Quantum3 Group LLC as agent for | | 7100-000 | | 144.10 | 9,440.75 |
| 01/23/17 | 104 | Capital One Bank (USA), N.A. | | 7100-000 | | 1,795.21 | 7,645.54 |
| 01/23/17 | 105 | Capital One NA | | 7100-000 | | 302.87 | 7,342.67 |
| 01/23/17 | 106 | American Express Bank FSB | | 7100-000 | | 4,141.40 | 3,201.27 |
| 01/23/17 | 107 | Citibank, N.A. | | 7100-000 | | 2,872.19 | 329.08 |
| 01/23/17 | 108 | Portfolio Recovery Associates, LLC | | 7100-000 | | 329.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,569.08 | 11,569.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,569.08 | 11,569.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,569.08** | **$11,569.08** | |

Net Receipts :          11,569.08  
——————  
Net Estate :          $11,569.08

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7066** | 11,569.08 | 11,569.08 | 0.00 |
| | **$11,569.08** | **$11,569.08** | **$0.00** |

{} Asset reference(s)